UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26- 61303-CV-DIMITROULEAS

DOROTEO RODRIGUEZ CALDERON,

Petitioner,

v.

WARDEN, BROWARD DETENTION CENTER, *et al.*,

Respondents.
_______________________________________/

**ORDER CANCELLING HEARING**

**THIS CAUSE** is before the Court on Respondents' Status Report Pursuant to May 12, 2026 Order [DE 11], filed herein on May 19, 2026. The Court has considered the Status Report [DE 11] and is otherwise fully advised in the premises. The Status Report states that an individualized immigration bond hearing was held before the Immigration Court on May 19, 2026. *See id.*

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the hearing in this matter scheduled for Wednesday, May 20, 2026 is **CANCELLED**. This Case remains **CLOSED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 20th day of May, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record
Email: usafls-immigration@usdoj.gov
Email: usafls-2255@usdoj.gov